IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**In Re Gary B. Williams,**                                     Civil Action No. **3:25cv1011 (RCY)**

        Petitioner.

## MEMORANDUM OPINION

Gary B. Williams, a Virginia inmate, submitted this petition for a writ of mandamus. Williams did not submit the filing fee and presumably seeks leave to proceed *in forma pauperis*. The pertinent statute provides:

> In no event shall a prisoner bring a civil action [*in forma pauperis*] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Williams has at least three other actions or appeals that have been dismissed as frivolous or for failure to state a claim. *Williams v. Cavedo*, No. 3:13CV672-HEH, 2014 WL 852038 (E.D. Va. Mar. 4, 2014); *Williams v. Eason*, No. 3:13CV493-HEH, 2014 WL 851994 (E.D. Va. Mar. 4, 2014); *Williams v. Collins*, No. 7:13CV00375, 2013 WL 5720765 (W.D. Va. Oct. 18, 2013); *Williams v. Bowen*, No. 3:12cv139-HEH, 2013 WL 5322867 (E.D. Va. Sept. 23, 2013). Williams's current pleading does not suggest that he is in imminent danger of serious physical harm. Accordingly, Williams's request to proceed *in forma pauperis* is DENIED. The action is DISMISSED WITHOUT PREJUDICE to Williams filing a new action with the $405.00 of filing and administrative fees.

The Court additionally notes that in his petition for a writ of mandamus, Williams seeks to challenge his state court convictions. This Court previously denied a 28 U.S.C. § 2254 petition

filed by Williams challenging these convictions and, therefore, it cannot entertain a successive, unauthorized 28 U.S.C. § 2254 here. *Williams v. Clarke*, No. 3:23-CV-235–HEH, 2023 WL 3026706, at *1 (E.D. Va. Apr. 20, 2023) (citing *Williams v. Clarke*, No. 3:13CV276–HEH, 2014 WL 3640344, at *1 (E.D. Va. July 22, 2014)).

An appropriate Order shall accompany this Memorandum Opinion.

/s/
Roderick C. Young
United States District Judge

Date: January 12, 2026
Richmond, Virginia